UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Hendy Cohn,
on behalf of herself and the classes defined herein
      Plaintiff

      against-

New Century Financial Services, Inc., et al
      Defendant
-----------------------------------------------------------X

**ORDER**
14-CV-02855 (RRM) (RER)

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __N/A__.

2. No additional parties may be joined after __12/6/14__.

3. No amendment of the pleadings will be permitted after __12/6/14__.

4. Date for completion of automatic disclosures required by Rule 26(a) (1) of the Federal Rules of Civil Procedure, if not yet made: __8/21/14__.

5. The parties shall make required Rule 26(a) (2) disclosures with respect to:

    (a)    Expert witnesses on or before __N/A__.

    (b)    Rebuttal expert witnesses on or before __N/A__.

6. All discovery, including depositions of experts, shall be completed on or before __2/7/15__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)?

No_____ (Do not indicating which party has declined.)  Yes __✓__ (Fill out the *AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge Form*).

The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for __10/10/14 @ 10:30a__, to be initiated by Plaintiff or Defendant (Circle one). [Plaintiff circled]
   * (The Court will schedule the conference listed above.)

10. Status Conference will be held on __12/10/14 @ 10:30a__
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on __2/10/15 @ 10:00a__
    *(The Court will schedule the conference listed above.)

12. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       __8/7__, 2014

_____
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

_____
NAME JACOB SCHEINER
Attorney for Plaintiff
ADDRESS 1 CLUB DRIVE, SUITE JBF, WOODMERE, NY, 11598
E-mail: jacob@scheineresq.com
Tel.: 516.284.6282
Fax: 718.621.7080

_____
NAME
Attorney for Defendants New Century Financial Services, Inc. + Pressler + Pressler, LL
ADDRESS 7 Entin Rd, Parsippany, NJ
E-mail: mwilliamson@pressler-pressler.com
Tel.: 973-753-5134
Fax: 973-753-5353