Law Offices of Jacob J. Scheiner, P.C.
568 Church Avenue, Woodmere, New York 11598
Jacob@scheineresq.com 516-284-6282

November 10, 2016

*<u>Via ECF Filing</u>*
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re**:  <u>Hendy Cohen v. New Century Financial Services, Inc. and Pressler & Pressler, LLP</u>
         1:14-cv-02855-RER

Dear Judge Reyes:

Counsels for the parties in the above-referenced action are pleased to inform the court that we have reached a settlement in principal. We are working together to memorialize the settlement terms and wish to advise the court of our progress in the interim.

We respectfully request that Your Honor stay the discovery deadlines, and that Your Honor cancel the Final Pretrial Conference set for December 7, 2016 at 11 a.m., and in lieu thereof, the parties will submit a joint status report by December 7, 2016 advising the Court of the parties' progress.

.

Respectfully yours,

/s/ Jacob J Scheiner
Jacob J. Scheiner, Esq.
Attorney for Plaintiff


/s/ Michael J. Peters
Michael J. Peters, Esq.
Attorney for Defendants