IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X
HENDY COHN, on behalf of herself
and the classes defined herein,

                                                          Case No.: 14-cv-2855-RER

       Plaintiff,

v.

NEW CENTURY FINANCIAL SERVICES, Inc. and
PRESSLER & PRESSLER, LLP

       Defendants.
---------------------------------------------------X

**DECLARATION OF SHIMSHON WEXLER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT**

I, Shimshon Wexler, of full age, hereby certify as follows:

      1.      I am an attorney duly admitted to practice law in the State of New York and the Bar of this Court. I am co-counsel of record for Plaintiff, Hendy Cohn, and I was previously certified by this Court to serve as Class Counsel in the above-entitled action [Doc. 36]. As such, I am familiar with all of the facts set forth herein and state them to be true. I submit this affidavit in support of Plaintiff's Unopposed Motion for Final Approval of Class Settlement Agreement and Release.

      2.      I have been admitted to practice law in the State of New York since January 11th, 2010 and have remained a member in good standing since that time. I am also admitted to practice law before the United States District Courts for the Eastern District of New York, Southern District of New York, Northern District of New York and Western District of New York. I am also admitted to practice before the bar of the Northern District of Florida as well as the United States Court of Appeals for the Second Circuit.

3. I am admitted to practice law in the state of Georgia since June 2015 and the United States District Courts of the Northern and Middle districts of Georgia.

4. My license to practice law has never been suspended or revoked by the State of New York or by any court. There are no disciplinary proceedings pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I received my bachelor's degree from Touro College in 2003 and graduated from New York Law School in 2009.

6. Just following and prior to my graduation from law school and admission to the New York bar I worked as a paralegal and attorney for the law firm of Herzfeld & Rubin, PC.

7. In connection with my foregoing legal work experience, I have worked on a variety of complex commercial and consumer matters. Since leaving Herzfeld & Rubin, PC in late 2010, I have been engaged as a solo practitioner and have a growing practice representing consumers on claims under the Fair Debt Collection Practices Act, 15 U.S.C. §§1692, *et seq* the Electronic Funds Transfer Act 15 U.S.C. §§1693, *et seq* and the Fair Credit Reporting Act 15 U.S.C. §§1681, *et seq.* I am now, and have been, involved in actions brought as individual claims as well as class actions. My cases have been filed in the Eastern District of New York, Western District of New York and the Southern District of New York.

8. I have been certified to act as sole lead class counsel in the FDCPA consumer class action lawsuits of Gonzalez v Relin, Goldstein & Crane, LLP, U.S. District Court, S.D.N.Y. Case No. 12-cv-783-ER and Fried v. The Bank of Castile, U.S. District Court, W.D.N.Y. Case No. 12-cv-624-WMS. I have also been certified as class co-counsel in the FDCPA class action of *Burton v. Nations Recovery Center, Inc.*, US District Court, E.D.N.Y. Case No. 13-cv-1426-BMC and the FCRA class actions of *Katz v ABP Corp.*, U.S. District

Court, E.D.N.Y. Case No. 12-cv-4173-ENV-RER and *Schwartz v Intimacy*, U.S. District Court, S.D.N.Y. Case No. 13-cv-5735-PGG.

9. Fed. R. Civ. P. 23(h) provides, in part, "the court may award reasonable attorney's fees and nontaxable costs that are authorized by law or by the parties' agreement." I submit that such fees and costs are authorized by both law and the Parties' agreement. See, 15 U.S.C. § 1692k.

10. To date, my office has expended a total of 162.2 hours of total time on this case. Moreover, I expect my office will expend an additional 15 hours of time in concluding the case. My office has also incurred a filing fee of $400 as well as the cost of service on 2 defendants of $120.

11. The majority of my law practice is contingent fee litigation on behalf of plaintiffs. I regularly represent plaintiffs in contingent fee cases in Federal Courts throughout the State of New York. I frequently work with other plaintiff's lawyers who handle cases on a contingent fee basis and, in that regard, I am generally familiar with the range of contingent fee percentages charged by plaintiff's lawyers.

12. My normal hourly billing rates in my law firm are $300.00 per hour. I submit that this rate is fair and reasonable and is consistent with the rates in the Eastern District of New York based on my knowledge and experience and in light of the risks inherent in bringing and prosecuting cases such as this one. Thus, based on my hourly rates my law firm's fees are $48,660 and my law firm's expenses are $520.

My hourly rate set forth above is the same as the regular current rate I charge for services in other contingent matters in class action litigation.

*In accordance with 28 U.S.C. §1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Dated: April 4, 2017

                            By:/s/ Shimshon Wexler
                              Shimshon Wexler
                              The Law Offices of Shimshon Wexler, PC
                              216 W. 104th St. #129
                              New York, New York 10025
                              (212) 760-2400
                              (917) 512-6132 (FAX)
                              shimshonwexler@yahoo.com

# TAX INVOICE

Hendy Cohn

**Invoice Date**
Mon, Apr 3 2017

**Invoice Number**
INV-2

**The Law Offices of Shimshon Wexler, PC**
Shimshon Wexler
212-760-2400

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (10 Apr 2014) Review draft of cocounsel agreement and emails regarding the same | 01:42 | 300.00 | 510.00 |
| (24 Apr 2014) Draft and circulate a draft complaint | 02:30 | 300.00 | 750.00 |
| (29 Apr 2014) Research regarding partnership law | 04:24 | 300.00 | 1,320.00 |
| (30 Apr 2014) Draft and recirculate a complaint | 01:42 | 300.00 | 510.00 |
| (1 May 2014) Editing the complaint | 01:30 | 300.00 | 450.00 |
| (2 May 2014) Malin complaint, summonses, and civil coversheet | 01:12 | 300.00 | 360.00 |
| (7 May 2014) Review ECF filing costs, mail summons and complaint to process server | 01:30 | 300.00 | 450.00 |
| (12 Jun 2014) Call with Williamson to discuss complaint, threatened sanctions, email cocounsel re-same, research issues | 02:36 | 300.00 | 780.00 |
| (13 Jun 2014) Call with cocounsel re-discussing call with Williamson | 00:30 | 300.00 | 150.00 |
| (16 Jun 2014) OK to request for extension | 00:24 | 300.00 | 120.00 |
| (26 Jun 2014) Review scheduling order | 00:30 | 300.00 | 150.00 |
| (21 Jul 2014) Review answers to complaint | 01:48 | 300.00 | 540.00 |
| (30 Jul 2014) Review analysis sent by cocounsel of the case, review Judge races boy V Roberts decision, call department of state | 03:30 | 300.00 | 1,050.00 |
| (14 Aug 2014) Prepare and revise discovery requests | 04:36 | 300.00 | 1,380.00 |
| (15 Aug 2014) Prepare final draft of discovery and mail, email to Williamson | 00:42 | 300.00 | 210.00 |
| (8 Sep 2014) Discuss with co-counsel review lack of initial disclosures by defendants | 00:30 | 300.00 | 150.00 |
| (22 Sep 2014) Review and analyze Letter motion | 02:30 | 300.00 | 750.00 |
| (22 Sep 2014) Discuss with co-counsel re lack of discovery responses | 00:30 | 300.00 | 150.00 |
| (22 Sep 2014) Prepare response to letter | 01:12 | 300.00 | 360.00 |
| (23 Sep 2014) Prepare response to letter | 04:12 | 300.00 | 1,260.00 |
| (23 Sep 2014) Discuss strategy to get past due discovery | 01:12 | 300.00 | 360.00 |
| (24 Sep 2014) Prepare response letter | 01:36 | 300.00 | 480.00 |
| (24 Sep 2014) Review judges order, communicate with co-counsel | 00:18 | 300.00 | 90.00 |
| (13 Oct 2014) Follow up re-overdue discovery | 00:42 | 300.00 | 210.00 |
| (20 Oct 2014) Review discovery responses | 04:42 | 300.00 | 1,410.00 |
| (21 Oct 2014) Review discovery responses | 01:30 | 300.00 | 450.00 |
| (27 Oct 2014) Request rule 37 conference | 00:42 | 300.00 | 210.00 |
| (30 Oct 2014) Review judgment on the pleadings motion, follow up re-rule 37 conference | 05:12 | 300.00 | 1,560.00 |
| (31 Oct 2014) review motion, prepare response | 05:12 | 300.00 | 1,560.00 |
| (3 Nov 2014) review motion, prepare response | 03:06 | 300.00 | 930.00 |
| (5 Nov 2014) review motion, prepare response | 02:12 | 300.00 | 660.00 |
| (10 Nov 2014) review motion, prepare response | 01:42 | 300.00 | 510.00 |
| (13 Nov 2014) review motion, prepare response | 03:06 | 300.00 | 930.00 |
| (17 Nov 2014) review motion, prepare response | 02:36 | 300.00 | 780.00 |

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (21 Nov 2014) review motion, prepare response | 02:12 | 300.00 | 660.00 |
| (24 Nov 2014) review motion, prepare response | 05:24 | 300.00 | 1,620.00 |
| (9 Dec 2014) Review fully briefed motion | 02:12 | 300.00 | 660.00 |
| (11 May 2015) Email co-counsel re-supplemental authority | 01:36 | 300.00 | 480.00 |
| (15 May 2015) Review reply to supplemental authority | 01:12 | 300.00 | 360.00 |
| (17 Aug 2015) Email co-counsel re-supplemental authority | 03:06 | 300.00 | 930.00 |
| (10 May 2016) Email co-counsel CFPB article | 01:12 | 300.00 | 360.00 |
| (16 May 2016) Review response with sanctions request | 01:30 | 300.00 | 450.00 |
| (7 Jun 2016) Review decision | 04:12 | 300.00 | 1,260.00 |
| (15 Jun 2016) Emails re-settlement prepare for phone conference with Judge | 04:18 | 300.00 | 1,290.00 |
| (17 Jun 2016) Prepare and have phone conference with Judge | 01:18 | 300.00 | 390.00 |
| (21 Jun 2016) Review letter filed by defendant's, discuss with cocounsel | 00:18 | 300.00 | 90.00 |
| (14 Jul 2016) Emails three discovery | 00:36 | 300.00 | 180.00 |
| (15 Jul 2016) Phone call with Peter's, discuss with cocounsel, emails re-liability | 02:12 | 300.00 | 660.00 |
| (18 Jul 2016) review confidentiality order, edits, email Peters re same | 00:18 | 300.00 | 90.00 |
| (24 Jul 2016) Follow up re-pass to discovery | 00:36 | 300.00 | 180.00 |
| (2 Aug 2016) Review amended discovery | 01:24 | 300.00 | 420.00 |
| (3 Aug 2016) Review amended discovery | 02:18 | 300.00 | 690.00 |
| (4 Aug 2016) Review amended discovery | 01:30 | 300.00 | 450.00 |
| (29 Aug 2016) Prepare draft class motion | 06:24 | 300.00 | 1,920.00 |
| (30 Aug 2016) prepare draft class motion | 04:12 | 300.00 | 1,260.00 |
| (30 Aug 2016) review discovery for call with M. Peters at 1pm | 01:24 | 300.00 | 420.00 |
| (31 Aug 2016) review and analyze settlement offer | 02:24 | 300.00 | 720.00 |
| (31 Aug 2016) prepare Cohn declaration | 00:42 | 300.00 | 210.00 |
| (1 Sep 2016) propose and prepare email response to settlement offer | 01:24 | 300.00 | 420.00 |
| (15 Sep 2016) receive plaintiff's declaration signed, review w/ co-counsel | 00:36 | 300.00 | 180.00 |
| (16 Sep 2016) call w/ Peters, discuss w/ co-counsel re settlement | 01:30 | 300.00 | 450.00 |
| (26 Sep 2016) Call Peters, review settlement proposal w/ co-counsel | 01:12 | 300.00 | 360.00 |
| (27 Sep 2016) email co-counsel, call Peters, email case Graff v UCB, discuss Palmer v Dynamic email w/ co-counsel re same | 04:30 | 300.00 | 1,350.00 |
| (27 Sep 2016) phone call with M. Peters re his term sheet proposal | 00:30 | 300.00 | 150.00 |
| (28 Sep 2016) emails re administration costs | 00:18 | 300.00 | 90.00 |
| (13 Oct 2016) emails re Peters accepts offer at 3.75 per class member | 01:24 | 300.00 | 420.00 |
| (13 Oct 2016) draft settlement documents | 02:06 | 300.00 | 630.00 |
| (14 Oct 2016) draft settlement documents | 04:30 | 300.00 | 1,350.00 |
| (20 Oct 2016) draft settlement documents | 02:30 | 300.00 | 750.00 |
| (26 Oct 2016) draft settlement documents email to Peters | 01:24 | 300.00 | 420.00 |
| (14 Nov 2016) prepare and file letter with the court asking to amend prior order, review order from court | 01:12 | 300.00 | 360.00 |
| (30 Nov 2016) review revised draft of agreement by Peters supply edits | 01:30 | 300.00 | 450.00 |

| Description | Quantity (hh:mm) | Unit Price | Amount USD |
|---|---|---|---|
| (5 Dec 2016) phone call w/ Peters re settlement agreement | 00:36 | 300.00 | 180.00 |
| (19 Dec 2016) emails w/ co-counsel re settlement | 00:42 | 300.00 | 210.00 |
| (28 Dec 2016) prepare motion for preliminary approval and related documents | 04:06 | 300.00 | 1,230.00 |
| (29 Dec 2016) prepare motion for preliminary approval with exhibits | 03:30 | 300.00 | 1,050.00 |
| (30 Dec 2016) file motion for class certification, attempt to have it reviewed by Peters to make it a joint motion | 00:24 | 300.00 | 120.00 |
| (6 Jan 2017) review order granting prelim approval | 00:42 | 300.00 | 210.00 |
| (11 Jan 2017) emails re letter now moot to consent to motion | 00:24 | 300.00 | 120.00 |
| (13 Jan 2017) emails re claim form | 00:24 | 300.00 | 120.00 |
| (20 Jan 2017) emails re draft notice form to class members | 01:12 | 300.00 | 360.00 |
| (7 Mar 2017) phone call w/ co-counsel re settlement re attorney's fees | 00:30 | 300.00 | 150.00 |
| (13 Mar 2017) call w/ Scheiner | 00:12 | 300.00 | 60.00 |
| (13 Mar 2017) prepare for call with Peters | 00:18 | 300.00 | 90.00 |
| (13 Mar 2017) call w/ Peters re attorney's fees | 00:18 | 300.00 | 90.00 |

Subtotal 48,660.00

Tax Total 0.00

Total USD 48,660.00

|  |  |
|---|---|
| **Customer** | Hendy Cohn |
| **Invoice Number** | INV-2 |



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# PAYMENT ADVICE

To: The Law Offices of Shimshon Wexler, PC
Shimshon Wexler
212-760-2400

|  |  |
|---|---|
| **Amount Due** | **48,660.00 USD** |
| **Due Date** | Mon, Apr 17 2017 |
| **Amount Enclosed** |  |

Enter the amount you are paying above